# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Valenzuela, | No. CV 05-2894-PHX-DGC (CRP) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, | |
| Defendant. | |

Pending before the Court are Plaintiff Francisco Valenzuela's civil rights complaint and United States Magistrate Judge Charles R. Pyle's Report and Recommendation ("R&R"). Docs. ##1, 6. The R&R recommends that the Court dismiss the complaint for failure to prosecute. Doc. #6 at 4. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 4 (citing 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific

written objection has been made[.]"). The Court will accept the R&R and dismiss the complaint. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Charles R. Pyle's R&R (Doc. #6) is **accepted**.

2. Plaintiff Francisco Valenzuela's complaint (Doc. #1) is **dismissed**.

3. The Clerk of Court shall **terminate** this action.

DATED this 7th day of June, 2006.

*David G. Campbell*
United States District Judge

- 2 -